# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOGANTREE LP,<br><br>              Plaintiff,<br><br>   v.<br><br>FOSSIL GROUP, INC.,<br><br>              Defendant. | C.A. No. 1:21-cv-00385-LPS<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that Plaintiff LoganTree LP's Initial Claim Charts was served on the following counsel of record on November 2, 2021 by electronic mail:

    Jeremy D. Anderson, Esq.
    222 Delaware Avenue, 17th Floor
    Wilmington, Delaware 19801
    janderson@fr.com

    Neil J. McNabnay, Esq.
    Ricardo J. Bonilla, Esq.
    Sarika N. Patel, Esq.
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    mcnabnay@fr.com
    rbonilla@fr.com
    patel@fr.com

Dated: November 3, 2021

**CHIPMAN BROWN CICERO & COLE, LLP**

 /s/ Aidan T. Hamilton
Gregory E. Stuhlman (#4765)
Aidan T. Hamilton (#6729)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
stuhlman@chipmanbrown.com
hamilton@chipmanbrown.com

*Attorneys for Plaintiff LoganTree LP*

*Of Counsel:*

Arnold Shokouhi
Christopher M. Barkley
James E. Sherry
**MCCATHERN, SHOKOUHI,**
  **EVANS, GRINKE PLLC**
3710 Rawlins Street, Suite 1600
Dallas, TX 75219
(214) 443-4478
arnolds@mccathernlaw.com
cbarkley@mccathernlaw.com
jsherry@mccathernlaw.com

00017564.1