## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOGANTREE LP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FOSSIL GROUP, INC.,<br><br>　　　　　Defendant. | C.A. No. 1:21-cv-00385-LPS<br><br>**DEMAND FOR JURY TRIAL** |

### STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

**WHEREAS,** on August 24, 2021, the Court entered the Scheduling Order (D.I. 31);

**WHEREAS,** Christopher M. Barkley of the firm McCathern, PLLC was lead counsel to Plaintiff and was primarily responsible for all aspects of this action;

**WHEREAS,** on January 16, 2022, Mr. Barkley suddenly and unexpectedly passed away;

**WHEREAS,** McCathern, PLLC is taking all necessary steps to educate other members of the firm with respect to this action so that they can assume Mr. Barkley's case responsibilities; and

**WHEREAS,** counsel to the parties discussed the impact of Mr. Barkley's tragic passing to the conduct of this action, and have agreed, subject to the Court's approval, that upcoming case deadlines be modified as set forth below:

| **Activity** | **Original Deadline** | **New Proposed Deadline** |
|---|---|---|
| Submission of Joint Claim Construction Chart | January 19, 2022 | March 21, 2022 |
| Joinder of other parties or amend/supplement pleadings | February 15, 2022 | April 15, 2022 |
| Submission of initial briefs on claim construction issues | February 18, 2022 | April 18, 2022 |
| Submission of answering/responsive briefs on claim construction issues | March 18, 2022 | May 18, 2022 |

00021166.2

| Activity | Original Deadline | New Proposed Deadline |
|---|---|---|
| Submission of joint letter with report on nature of matters and progress of discovery | April 14, 2022 | June 14, 2022 |
| Hearing on Claim Construction | April 18, 2022 | ~~TBD: Parties jointly request a new hearing date.~~ June 21, 2022 at 10 AM |
| Substantial completion of document production | May 25, 2022 | July 25, 2022 |
| Submission of final infringement contentions | August 11, 2022 | October 11, 2022 |
| Submission of final invalidity contentions | August 25, 2022 | October 25, 2022 |
| Discovery cut off | August 25, 2022 | October 25, 2022 |
| Disclosure of expert testimony | September 28, 2022 | November 29, 2022 |
| Supplemental disclosure of rebuttal expert testimony | October 28, 2022 | December 29, 2022 |
| Submission of all case dispositive motions | November 7, 2022 | January 9, 2023 |
| Submission of reply expert reports | November 16, 2022 | January 16, 2023 |
| Submission of opposition briefs to case dispositive motions | December 7, 2022 | February 7, 2023 |
| Submission of reply briefs to case dispositive motions | December 21, 2022 | February 21, 2023 |
| Hearing on case dispositive motions and Daubert motions | January 31, 2023 | ~~TBD: Parties jointly request a new hearing date.~~ March 10, 2023 at 10 AM |
| Submission of joint proposed final pretrial order | March 27, 2023 | ~~May 29, 2023~~ June 1, 2023 |

| Activity | Original Deadline | New Proposed Deadline | |
|---|---|---|---|
| Pretrial conference | April 7, 2023 | ~~TBD: Parties jointly request a new pretrial conference date.~~ | June 9, 2023 at 1:00 pm |
| Trial (5 days) | April 17, 2023 | ~~TBD: Parties jointly request a new trial date.~~ June 19, 2023 | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, subject to approval of the Court, that the deadlines shall be modified as set forth in the above Scheduling Table.

Dated: January 20, 2021

CHIPMAN BROWN CICERO & COLE, LLP

/s/ Gregory E. Stuhlman
Gregory E. Stuhlman (#4765)
Aidan T. Hamilton (#6729)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
stuhlman@chipmanbrown.com
hamilton@chipmanbrown.com

Arnold Shokouhi
James E. Sherry
MCCATHERN, PLLC
3710 Rawlins Street, Suite 1600
Dallas, TX 75219
(214) 443-4478
arnolds@mccathernlaw.com
jsherry@mccathernlaw.com

*Attorneys for Plaintiff LoganTree LP*

FISH & RICHARDSON P.C.

/s/ Jeremy D. Anderson
Jeremy D. Anderson (#4515)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 658-5070
janderson@fr.com

Neil J. McNabnay
Ricardo J. Bonilla
Adil A. Shaikh
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
mcnabnay@fr.com
rbonilla@fr.com
shaikh@fr.com

*Attorneys for Defendant Fossil Group, Inc.*

IT IS SO ORDERED this 8th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE