IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOGANTREE LP,<br><br>             Plaintiff,<br><br>    v.<br><br>FOSSIL GROUP, INC.,<br><br>             Defendant. | C.A. No. 1:21-cv-00385-JDW<br><br>**DEMAND FOR JURY TRIAL** |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

**WHEREAS**, on August 24, 2021, the Court entered the Scheduling Order (D.I. 31);

**WHEREAS**, on February 9, 2022, the Court entered the Amended Scheduling Order (D.I. 44);

**WHEREAS,** the Amended Scheduling Order calls for the submission of the Joint Claim Construction Chart on or before March 21, 2022;

**WHEREAS,** on March 14, 2022, this action was reassigned to the Honorable Joshua D. Wolson; and

**WHEREAS**, counsel to the parties discussed the impact of the reassignment on this action, and have agreed, subject to the Court's approval, that the Joint Claim Construction Chart should be filed after the teleconference with the Court scheduled for Monday, March 21, 2022, at a mutually agreeable time prior to any other deadlines in this case.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties, subject to approval of the Court, that the parties shall file the Joint Claim Construction Chart after the teleconference with the Court scheduled for Monday, March 21, 2022.

00024187.1

Dated: March 21, 2021

| **CHIPMAN BROWN CICERO & COLE, LLP** | **FISH & RICHARDSON P.C.** |
|---|---|
| /s/ *Gregory E. Stuhlman* | /s/ *Jeremy D. Anderson* |
| Gregory E. Stuhlman (#4765) | Jeremy D. Anderson (#4515) |
| Aidan T. Hamilton (#6729) | 222 Delaware Avenue, 17th Floor |
| Hercules Plaza | Wilmington, Delaware 19801 |
| 1313 North Market Street, Suite 5400 | (302) 658-5070 |
| Wilmington, Delaware 19801 | janderson@fr.com |
| (302) 295-0191 | |
| stuhlman@chipmanbrown.com | Neil J. McNabnay |
| hamilton@chipmanbrown.com | Ricardo J. Bonilla |
| | Adil A. Shaikh |
| Arnold Shokouhi | **FISH & RICHARDSON P.C.** |
| James E. Sherry | 1717 Main Street, Suite 5000 |
| **MCCATHERN, PLLC** | Dallas, TX 75201 |
| 3710 Rawlins Street, Suite 1600 | (214) 747-5070 |
| Dallas, TX 75219 | mcnabnay@fr.com |
| (214) 443-4478 | rbonilla@fr.com |
| arnolds@mccathernlaw.com | shaikh@fr.com |
| jsherry@mccathernlaw.com | |
| | *Attorneys for Defendant Fossil Group, Inc.* |
| *Attorneys for Plaintiff LoganTree LP* | |

**IT IS SO ORDERED** this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE