IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOGANTREE LP,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FOSSIL GROUP, INC.,<br><br>　　　　　　　　Defendant. | C.A. No. 1:21-cv-00385-JDW<br><br>**DEMAND FOR JURY TRIAL** |

### STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

**WHEREAS**, on February 9, 2022, the Court entered the Amended Scheduling Order (D.I. 44);

**WHEREAS**, on March 14, 2022, the Honorable Joshua Wolson was designated and assigned to oversee the case;

**WHEREAS,** on March 21, 2022, the Court held a status conference where the parties requested that the current schedule be extended an additional sixty (60) days to allow Plaintiff's new additional counsel to prepare for the claim construction briefing;

**WHEREAS**, on April 12, 2022, the Court entered the Stipulation and Order to Amend the Scheduling Order (D.I. 48);

**WHEREAS,** the parties began discussing resolution possibilities of this matter, and on June 22, 2022, the Parties filed the Stipulation and Proposed Order to Amend Scheduling Order (D.I. 49);

**WHEREAS**, counsel to the parties discussed the upcoming deadlines, and have agreed, subject to the Court's approval, that upcoming case deadlines be modified to further the parties' settlement discussions as set forth below:

| **Activity** | **Second Amended Deadline** | **New Proposed Deadline** |
|---|---|---|
| Submission of Joint Claim Construction Chart | July 22, 2022 | September 21, 2022 |

00031765.1

| Activity | Second Amended Deadline | New Proposed Deadline |
|---|---|---|
| Joinder of other parties or amend/supplement pleadings | August 18, 2022 | October 18, 2022 |
| Submission of initial briefs on claim construction issues | August 23, 2022 | October 21, 2022 |
| Submission of answering/responsive briefs on claim construction issues | September 20, 2022 | November 18, 2022 |
| Submission of Joint Claim Construction Brief | October 13, 2022 | December 13, 2022 |
| Submission of joint letter with report on nature of matters and progress of discovery | October 13, 2022 | December 13, 2022 |
| Hearing on Claim Construction | October 20, 2022, at 10 AM | January 18, 2023, at 10 AM |
| Substantial completion of document production | November 22, 2022 | January 20, 2023 |
| Submission of final infringement contentions | February 21, 2023 | April 21, 2023 |
| Submission of final invalidity contentions | March 7, 2023 | May 5, 2023 |
| Discovery cut off | March 7, 2023 | May 5, 2023 |
| Disclosure of expert testimony | March 28, 2023 | May 26, 2023 |
| Supplemental disclosure of rebuttal expert testimony | April 25, 2023 | June 23, 2023 |
| Submission of reply expert reports | May 16, 2023 | July 14, 2023 |
| Completion of expert depositions | June 13, 2023 | August 11, 2023 |
| Submission of all case dispositive motions | June 20, 2023 | August 18, 2023 |

| Activity | Second Amended Deadline | New Proposed Deadline |
|---|---|---|
| Submission of opposition briefs to case dispositive motions | July 18, 2023 | September 15, 2023 |
| Submission of reply briefs to case dispositive motions | August 1, 2023 | September 29, 2023 |
| Hearing on case dispositive motions and Daubert motions | TBD | TBD |
| Submission of joint proposed final pretrial order | TBD. | TBD. |
| Pretrial conference | TBD. | TBD. |
| Trial (5 days) | TBD. | TBD. |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties, subject to approval of the Court, that the deadlines shall be modified as set forth in the above Scheduling Table.

*[signatures on next page]*

Dated: July 20, 2022

| | |
|---|---|
| **CHIPMAN BROWN CICERO & COLE, LLP** | **FISH & RICHARDSON P.C.** |
| */s/ Aidan T. Hamilton* | */s/ Jeremy D. Anderson* |
| Gregory E. Stuhlman (#4765) | Jeremy D. Anderson (#4515) |
| Aidan T. Hamilton (#6729) | 222 Delaware Avenue, 17th Floor |
| Hercules Plaza | Wilmington, Delaware 19801 |
| 1313 North Market Street, Suite 5400 | (302) 658-5070 |
| Wilmington, Delaware 19801 | janderson@fr.com |
| (302) 295-0191 | |
| stuhlman@chipmanbrown.com | Neil J. McNabnay |
| hamilton@chipmanbrown.com | Ricardo J. Bonilla |
| | Adil A. Shaikh |
| Arnold Shokouhi | **FISH & RICHARDSON P.C.** |
| James E. Sherry | 1717 Main Street, Suite 5000 |
| **MCCATHERN, PLLC** | Dallas, TX 75201 |
| 3710 Rawlins Street, Suite 1600 | (214) 747-5070 |
| Dallas, TX 75219 | mcnabnay@fr.com |
| (214) 443-4478 | rbonilla@fr.com |
| arnolds@mccathernlaw.com | shaikh@fr.com |
| jsherry@mccathernlaw.com | |
| | *Attorneys for Defendant Fossil Group, Inc.* |
| *Attorneys for Plaintiff LoganTree LP* | |

**The Court will not grant any further extensions of these deadlines.**

**IT IS SO ORDERED** this   21st   day of   July  , 2022.

*/s/ Joshua D. Wolson*
UNITED STATES DISTRICT JUDGE