**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LOGANTREE LP,<br><br>                    Plaintiff,<br><br>     v.<br><br>FOSSIL GROUP, INC.,<br><br>                    Defendant. | C.A. No. 1:21-cv-00385-JDW<br><br>**DEMAND FOR JURY TRIAL** |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that Aidan T. Hamilton hereby withdraws as counsel of record for Plaintiff LoganTree LP in the above-captioned matter. Gregory E. Stuhlman remains in the case.

Dated:  August 17, 2022                    **CHIPMAN BROWN CICERO & COLE, LLP**

                                                              */s/ Aidan T. Hamilton*
                                                              Gregory E. Stuhlman (#4765)
                                                              Aidan T. Hamilton (#6729)
                                                              Hercules Plaza
                                                              1313 North Market Street, Suite 5400
                                                              Wilmington, Delaware 19801
                                                              (302) 295-0191
                                                              stuhlman@chipmanbrown.com
                                                              hamilton@chipmanbrown.com

                                                              *Attorneys for Plaintiff LoganTree LP*

00032974.1