IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOGANTREE LP<br><br>  *Plaintiff*,<br><br>v.<br><br>FOSSIL GROUP, INC.<br><br>  *Defendant*. | C.A. No. 21-cv-0385-JDW<br><br>JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Court's Second Amended Scheduling Order, D.I. 54, Plaintiff LoganTree LP ("LoganTree") and Defendant Fossil Group, Inc. ("Fossil") hereby submit this Joint Claim Construction Chart.

The claim terms / phrases proposed at issue, each party's proposed construction, and each party's citations to the intrinsic evidence in support of their respective proposed constructions, are reflected in the chart below.[1]

---

[1] Both parties reserve the right to rely upon any evidence identified by the other party. In addition, each party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by the other party, or to narrow or clarify the issues for the Court. The parties further reserve the right to offer rebuttal expert testimony on any claim term or clause for which the other party offers expert testimony.

00035486.1

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| 1. | "user-defined event" | Claims 1, 20, 31-32, 36, 39-40, 56-58, 61, 113-114, 129-134, 144 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br><br>Ex. 1, '576 Patent, at 4:14-16, 4:35-45, 5:59-66, 6:19-22, 6:27-36, 6:52-61, 6:62-67, 7:1-7, 7:44-46, 10:24-11:27<br><br>*Id.* at Claims 1, 8, 13, 21<br><br>Ex. 3, '576 Patent File History, at LT0000656-668, LT0000669-676, LT0000677-683, LT0000684-685 LT0000686-690, LT0000693-699<br><br>Ex. 2, '576 C1 Patent Reexamination Certificate, at Claims 1, 13, 21, 143, 145, 151, 158, 160, 166, 174, 176, 182<br><br>Ex. 4, Reexamination file history, at LT0000110-215, LT0000244-245, LT0000246-259 LT0000260-318, | "An angular movement programmed by a user"<br><br>**Intrinsic Evidence:**<br><br>- Abstract<br>- 5:62–6:15<br>- 6:19–26<br>- 6:27–40<br>- 6:41–61<br>- 10:62–11:6 |

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| | | | LT0000319-322 LT0000323-328, LT0000329-330, LT0000331-395, LT0000396-455, LT0000459-466, LT0000467-468, LT0000471-527, LT0000535-545, LT0000546 | |
| 2. | "first time stamp information reflecting a time at which the movement data causing the first user-defined event occurred" | Claims 1, 20, 31-32, 36, 39-40, 56-58, 61, 113-114, 129-134, 144 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br><br>Ex. 1 at 2:38-41, 5:33-47, 10:24-11:27<br><br>Ex. 3 at LT0000656-668, LT0000669-676, LT0000677-683, LT0000684-685 LT0000686-690, LT0000693-699<br><br>Ex. 4 at LT0000325; LT0000385; LT0000522<br><br>Ex. 4 at LT0000110-215, LT0000244-245, | "First time stamp information reflecting a system time at which the movement data causing the first user-defined event occurred"<br><br>**Intrinsic Evidence:**<br><br>- 2:25–33<br>- 5:40–59<br>- 6:15–26<br>- 6:41–61 |

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| | | | LT0000246-259 LT0000260-318, LT0000319-322 LT0000323-328, LT0000329-330, LT0000331-395, LT0000396-455, LT0000459-466, LT0000467-468, LT0000471-527, LT0000535-545, LT0000546 | |
| 3. | "user-defined operational parameters" | Claim 1 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br><br>Ex. 1 at 5:59-66, 7:6-61, 10:24-11:27<br><br>*Id.* at Claims 1, 13, 21<br><br>Ex. 3 at LT0000656-668, LT0000669-676, LT0000677-683, LT0000684-685 LT0000686-690, LT0000693-699<br><br>Ex. 2 at Claims 1, 13, 21, 143, 145, 151, 158, 160, 166, 174, 176, 182 | "A user selection of angular positions at which to be noticed when the angular position is exceeded"<br><br>**Intrinsic Evidence:**<br><br>- 7:5–31<br>- 7:44–8:4<br>- 10:44–61 |

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| | | | Ex. 4 at LT0000386; LT0000462 | |
| 4. | "movement sensor" | Claims 1, 4-8, 13, 63-65, 137 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br><br>Ex. 1 at 4:35-48, 10:24-11:27<br><br>*Id.* at Claims 1, 4, 13, 21, 25<br><br>Ex. 3 at LT0000656-668, LT0000669-676, LT0000677-683, LT0000684-685 LT0000686-690, LT0000693-699<br><br>Ex. 2 at Claims 1, 13, 21, 143, 145, 151, 158, 160, 166, 170, 174, 176, 182<br><br>Ex. 4 at LT0000110-215, LT0000244-245, LT0000246-259 LT0000260-318, LT0000319-322 LT0000323-328, LT0000329-330, | "An accelerometer capable of detecting velocity and angles of movement in multiple planes"<br><br>**Intrinsic Evidence:**<br><br>- 4:35–5:3<br>- 5:40–6:14<br>- 7:21–31<br>- Claim 4<br>- Claim 170 |

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| | | | LT0000331-395, LT0000396-455, LT0000459-466, LT0000467-468, LT0000471-527, LT0000535-545, LT0000546 | |
| 5. | "signaling the occurrence of user-defined events" | Claims 1, 36, 40, 114 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br><br>Ex. 1 at 1:6-11, 10:24-11:27<br><br>*Id.* at Claims 9-11<br><br>Ex. 3 at LT0000656-668, LT0000669-676, LT0000677-683, LT0000684-685 LT0000686-690, LT0000693-699<br><br>Ex. 2 at Claims 55, 59, 60, 81, 91, 95, 96, 128, 132, 133<br><br>Ex. 4 at LT0000110-215, LT0000244-245, LT0000246-259 | "Providing feedback to the wearer via visual, audible and/or tactile warnings"<br><br>**Intrinsic Evidence:**<br><br>- 2:21–33<br>- 5:40–6:14<br>- 6:15–26 |

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| | | | LT0000260-318, LT0000319-322 LT0000323-328, LT0000329-330, LT0000331-395, LT0000396-455, LT0000459-466, LT0000467-468, LT0000471-527, LT0000535-545, LT0000546 | |
| 6. | "angle" | Claims 1, 21 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br><br>Ex. 1 at 4:35-48, 6:41-51, 7:11-31, 10:24-11:27<br><br>*Id.* at Claims 1, 13, 21<br><br>Ex. 3 at LT0000656-668, LT0000669-676, LT0000677-683, LT0000684-685 LT0000686-690, LT0000693-699<br><br>Ex. 2 at Claims 1, 13, 21, 143, 145, 151, 158, 160, 166, 174, 176, 182 | "The space between two intersecting planes at the point where they meet"<br><br>**Intrinsic Evidence:**<br><br>- 2:38–41<br>- 3:63–4:14<br>- 4:35–58<br>- 5:40–6:40 |

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| 7. | "velocity" | Claims 1, 21 | Plain and Ordinary Meaning<br><br>**Intrinsic Evidence:**<br><br>Ex. 1 at 2:37-41, 3:45-47, 4:37-45, 10:24-11:27<br><br>*Id.* at Claims 1, 13, 21<br><br>Ex. 3 at LT0000656-668, LT0000669-676, LT0000677-683, LT0000684-685 LT0000686-690, LT0000693-699<br><br>'576 C1 Patent at 1:49-50;<br><br>*Id.* at Claims 1, 13, 20, 143, 145, 151, 158, 160, 166, 174, 176, 182<br><br>Ex. 4 at LT0000166; LT0000170-171 | "Rate of change of angular position"<br><br>**Intrinsic Evidence:**<br><br>- 2:38–41<br>- 4:35–5:58 |
| 8. | "predetermined threshold" | Claims 39, 40, 41, 55, 61, 113-115, 128, 135 | Plain and Ordinary Meaning;<br><br>**Intrinsic Evidence:**<br><br>Ex. 1 at 5:59-66, 7:5-43, 7:55-64, 10:3-23, 10:24-11:27 | "An angle exceeding a [user-defined operational parameter]"<br><br>**Intrinsic Evidence:**<br><br>- 5:62–6:14 |

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| | | | Ex. 3 at LT0000656-668, LT0000669-676, LT0000677-683, LT0000684-685 LT0000686-690, LT0000693-699<br><br>Ex. 2 at 1:37-58;<br><br>Ex. 4 at LT0000110-215, LT0000244-245, LT0000246-259 LT0000260-318, LT0000319-322 LT0000323-328, LT0000329-330, LT0000331-395, LT0000396-455, LT0000459-466, LT0000467-468, LT0000471-527, LT0000535-545, LT0000546 | • 7:55–8:4<br>• 8:40–55<br>• 10:3–23 |
| 9. | "unrestrained movement in any direction" | Claims 1, 20 | Not indefinite; Plain and Ordinary Meaning;<br><br>*Alternatively*: | Indefinite |

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| | | | Movement that is not restrained and not limited to a particular direction or directions.<br><br>**Intrinsic Evidence:**<br><br>Ex. 1 at 10:24-11:27<br><br>*Id.* at Figs. 1–5D<br><br>*Id.* at Claims 4–8<br><br>Ex. 3 at LT0000656-668, LT0000669-676, LT0000677-683, LT0000684-685 LT0000686-690, LT0000693-699, LT000700-703<br><br>Ex. 2 at 1:36-54<br><br>*Id.* at Claims 4, 5, 7, 25<br><br>Ex. 4 at LT0000110-215, LT0000244-245, LT0000246-259 LT0000260-318, | |

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| | | | LT0000319-322 LT0000323-328, LT0000329-330, LT0000331-395, LT0000396-455, LT0000459-466, LT0000467-468, LT0000471-527, LT0000535-545, LT0000546 | |
| 10. | "predetermined type of movement" | Claims 144-147, 175-178 | Not Indefinite; Plain and Ordinary Meaning; *Alternatively*: Type of movement chosen by the user **Intrinsic Evidence:** Ex. 1 at 4:5-9, 10:24-11:27 *Id.* at Figs. 1-5D Ex. 3 at LT0000656-668, LT0000669-676, LT0000677-683, LT0000684-685 LT0000686-690, LT0000693-699, | Indefinite |

| No. | Claim Term / Phrases | Claim Number(s) | LoganTree's Proposed Construction and Intrinsic Evidence | Fossil's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|---|
| | | | LT000700-703<br><br>Ex. 2 at 1:36-54<br><br>*Id.* at Claims 144-148, 150-154, 159-163, 165-169, 175-179, 181-185<br><br>Ex. 4 at<br>LT0000110-215,<br>LT0000244-245,<br>LT0000246-259<br>LT0000260-318,<br>LT0000319-322<br>LT0000323-328,<br>LT0000329-330,<br>LT0000331-395,<br>LT0000396-455,<br>LT0000459-466,<br>LT0000467-468,<br>LT0000471-527,<br>LT0000535-545,<br>LT0000546 | |

In addition, in accordance with the requirements set forth in the Court's Scheduling Order (D.I. 31 at ¶ 12 ), the Parties attach to this Joint Claim Construction Chart a copy of the patent at issue and the portions of the intrinsic record, as the following exhibits:

- **Exhibit 1** – U.S. Patent No. 6,059,576;

- **Exhibit 2** – U.S. Patent No. 6,059,576 Re-examination Certificate;

- **Exhibit 3** – Excerpts of the File History of U.S. Patent No. 6,059,576

- **Exhibit 4** – Excerpts of the Reexamination File History of U.S. Patent No. 6,059,576 C1.

| | |
|---|---|
| */s/ Jeremy D. Anderson* | */s/ Gregory E. Stuhlman* |
| **FISH & RICHARDSON P.C.** | **CHIPMAN BROWN CICERO & COLE, LLP** |
| Jeremy D. Anderson (#4515) | Gregory E. Stuhlman (#4765) |
| 222 Delaware Avenue, 17th Floor | stuhlman@chipmanbrown.com |
| Wilmington, Delaware 19801 | Hercules Plaza |
| (302) 658-5070 | 1313 North Market Street, Suite 5400 |
| janderson@fr.com | Wilmington, Delaware 19801 |
| | Phone: (302) 295-0191 |
| Neil J. McNabnay | |
| Ricardo J. Bonilla | *Of Counsel:* |
| Adil A. Shaikh | |
| 1717 Main Street, Suite 5000 | **MCCATHERN, PLLC** |
| Dallas, TX 75201 | Arnold Shokouhi |
| mcnabnay@fr.com | Christopher M. Barkley |
| rbonilla@fr.com | James E. Sherry |
| shaikh@fr.com | Arnolds@mccathernlaw.com |
| | cbarkley@mccathernlaw.com |
| ***Attorneys for Defendant*** | jsherry@mccathernlaw.com |
| ***Fossil Group, Inc.*** | 3710 Rawlins Street, Suite 1600 |
| | Dallas, TX 75219 |
| | Phone: (214) 741-2662 |
| | Facsimile: (214) 741-4717 |
| | |
| | **AHMAD, ZAVITSANOS & MENSING P.C.** |
| | Jason McManis |
| | Weining Bai |
| | Colin Phillips |
| | Sujeeth Rajavolu |
| | jmcmanis@azalaw.com |
| | wbai@azalaw.com |
| | cphillips@azalaw.com |
| | srajavolu@azalaw.com |
| | 1221 McKinney, Suite 2500 |
| | Houston, TX 77010 |
| | Phone: (713) 655-1101 |
| | Facsimile: (713) 655-0062 |
| | |
| | ***Attorneys for Plaintiff LoganTree LP*** |

DATED: September 21, 2022