# EXHIBIT 3

**HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY**

RESTRICTED –ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LOGANTREE LP<br><br>    Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD, and<br>AND HUAWEI DEVICE USA INC.<br><br>    Defendants. | §§§§§§§§§§§§§<br><br>Civil. Action No. 6:21-CV-00119-JDK<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF SHERRY LIANG

I, Sherry Liang, hereby declare as follows:

1.  I am the Chief Financial Officer of Huawei Device USA Inc. The statements herein are based on my personal knowledge and investigation.

2.  I investigated sales in the United States from March 15, 2015 through November 21, 2017 for the Talkband B2, Talkband B3, Huawei Band 2, and Huawei Fit ("accused products"). Searches were run on Huawei's databases to determine the total number of units of the accused products and the total revenue. The data from Huawei's databases indicate that approximately 28725 units were sold in the United States in that time frame, and approximately $ 2.24 million of revenue were generated from those sales.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January   26  , 2022

_QianLiang_____
Sherry Liang