# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOGANTREE LP,<br><br>               Plaintiff,<br><br>   v.<br><br>FOSSIL GROUP, INC.,<br><br>               Defendant. | C.A. No. 1:21-cv-00385-JDW<br><br>**DEMAND FOR JURY TRIAL** |

## PLAINTIFF LOGANTREE LP'S ELECTION OF ASSERTED CLAIMS

Plaintiff LoganTree, LP ("LoganTree" or "Plaintiff") hereby submits its Election of Asserted Claims against Fossil Group, Inc.:

U.S. Patent No. 6,059,576: Claims 7, 44, 54, and 55.

This election is being made in light of the Patent Trial and Appeal Board's ("PTAB") Final Written Decision, which found claims 1–5, 8–11, 20, 25, 30–32, 36, 39–42, 45–51, 61–65, 144, and 147 of U.S. Patent No. 6,059,576 C1 unpatentable. *Apple Inc. v. LoganTree LP*, IPR2022-00040, Paper No. 29 (P.T.A.B. Aug. 30, 2023). LoganTree will be appealing the PTAB's Final Written Decision. Nevertheless, because none of the elected claims set forth above were subject to the Final Written Decision, LoganTree believes this election will reduce the burden on the court and the parties in advance of the approaching case deadlines while also ensuring this case remains on track for trial without delay.

| | |
|---|---|
| Dated: October 27, 2023 | **CHIPMAN BROWN CICERO & COLE, LLP** |
| | |
| | */s/ Gregory E. Stuhlman* |
| *Of Counsel:* | Gregory E. Stuhlman (#4765) |
| | Thomas A. Youngman (#6968) |
| Arnold Shokouhi | Hercules Plaza |
| James E. Sherry | 1313 North Market Street, Suite 5400 |
| **McCathern, PLLC** | Wilmington, Delaware 19801 |
| 3710 Rawlins Street, Suite 1600 | (302) 295-0191 |
| Dallas, TX 75219 | stuhlman@chipmanbrown.com |
| (214) 443-4478 | youngman@chipmanbrown.com |
| arnolds@mccathernlaw.com | |
| jsherry@mccathernlaw.com | *Attorneys for Plaintiff LoganTree LP* |

Jason McManis
Weining Bai
Colin Phillips
Sujeeth Rajavolu
Ab Henry
**Ahmad, Zavitsanos, & Mensing PLLC**
1221 McKinney St., Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
wbai@azalaw.com
cphillips@azalaw.com
srajavolu@azalaw.com
ahenry@azalaw.com

4885-8079-4763, v. 1