**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **LOGANTREE LP,**<br><br>*Plaintiff,*<br><br>v.<br><br>**FOSSIL GROUP, INC.,**<br><br>*Defendant.* | **Case No. 1:21-cv-00385-JDW** |

## ORDER

**AND NOW**, this 8th day of October, 2024, upon review of Defendant Fossil Group,

Inc.'s Response To The Court's Order (D.I. 226), it is **ORDERED** that the Clerk of Court shall

**UNSEAL** Defendant Fossil Group Inc.'s Motion For Leave To File Motion For Summary

Judgment (ECF No. 225) and accompanying exhibits. I caution the Parties that an

"abundance of caution" is not a basis for placing materials under seal, and that **no party**

**should place any material under seal without a contemporaneous, accompanying**

**motion to seal**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.